**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JAMES WILLIAM DEAS**                                                                 **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 1:09-CV-78-SA-DAS**

**AMERICAN RECOVERY SYSTEMS, INC.**                            **DEFENDANT**

## ORDER OF JUDGMENT

Pursuant to an opinion issued on this day, the Court **GRANTS** Plaintiff's Motion for Default Judgment [9] and awards Plaintiff the following damages:

1) $1,000.00 of statutory damages pursuant to 15 U.S.C. § 1692k;

2) $385.00 of costs;

3) $900.00 of attorneys' fees; and

4) post-judgment interest at the rate of .40% per annum.

This case is therefore **CLOSED**. So ordered on this the 28th day of October, 2009.

                                                                  **/s/ Sharion Aycock**
                                                                  **UNITED STATES DISTRICT JUDGE**